AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE   B-00-164

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 11/06/00 |
| NAME OF SERVER (PRINT) Avaristo Alvarez JR | TITLE Deputy Constable |

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant. Place where served: Jose L. Atkinson 77 Lakeside Dr, Indian Lake, TX

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED

NOV 14 2000

Michael N. Milby
Clerk of Court

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/06/00
              Date

Signature of Server

105 W. Ocean Blvd, L.F.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.