UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 4 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: B-00-164 |
| | § | (Claim No. C100-04011) |
| JOSE L. ATKINSON, | § | |
| | § | |
| Defendant. | § | |

## MOTION FOR DEFAULT JUDGMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW United States of America ("USA"), plaintiff, and moves for final judgment against the above-named defendant in the above-styled and numbered cause of action for the reason that Jose L. Atkinson, defendant has not answered, although duly summoned in the manner and for the length of time prescribed by law, and would further show that service was made on the defendant and to plaintiff's knowledge defendant was not at the time of service in the military or naval service of the United States of America.

WHEREFORE, plaintiff prays for final judgment in the amount and in the form of the proposed judgment attached hereto.

Respectfully Submitted,

By: _____
M. H. Cersonsky, TBA #04048500, SD#5082
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel. No.: (713) 840-1492
Fax No.: (713) 840-0038
**Attorney for United States of America**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion was sent by certified mail, return receipt requested on December 12, 2000, to:

Jose L. Atkinson
77 Lakeside Drive
Los Fresnos, TX 78566

_____
M. H. Cersonsky

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | |
| vs. | § § | C.A. No.: B-00-164 |
| | § | (Claim No. C100-04011) |
| JOSE L. ATKINSON, | § § | |
| Defendant. | § | |

## AFFIDAVIT OF AMOUNT DUE

| | |
|---|---|
| THE STATE OF TEXAS | § § |
| COUNTY OF HARRIS | § |

I, M. H. CERSONSKY, being first duly sworn, state that I am the attorney for plaintiff in the above-entitled and numbered action; that the records of the Clerk of this Court show that the Summons and Complaint in this cause were duly served on Defendant on November 6, 2000, and that, although more than 20 days have passed since such service, defendant has failed to appear, plead or otherwise defend; and that to my best information and belief defendant is not an infant or incompetent person and not in the military service within the purview of the Soldier's and Sailor's Civil Relief Act of 1940 as amended.

I further state that I have read the Complaint filed in this action, know the contents thereof and am familiar with the evidence which would be offered by plaintiff at the trial of this case. Based thereon, I officially state that to the best of my information and belief there is now due by defendant to plaintiff on the debt set forth in the Complaint, the following amounts:

| | |
|---|---|
| Principal Balance: | $1,486.72 |
| Total Interest Accrued (As of 5/4/00) | $ 866.79 |
| Attorney's Fees | $ 550.00 |
| | $2,937.05 |
| Less Credits (Debtor Payments) | $ 0.00 |
| Total Owed | $2,937.05 |

Interest Rate: 8.00%
Daily Accrual: $0.33

By: _____
M. H. Cersonsky, TBA #04048500, SDT# 5082
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel. No.: (713) 840-1492
Fax No.: (713) 840-0038
**Attorney for the United States of America**

SUBSCRIBED AND SWORN TO before me on December 12, 2000, to which witness by hand and seal of office.

_____
Notary Public, State of Texas

> S K DAVIS
> Notary Public, State of Texas
> My Commission Expires
> OCTOBER 18 2003.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: B-00-164 |
| | § | (Claim No. C100-04011) |
| JOSE L. ATKINSON, | § | |
| | § | |
| Defendant. | § | |

## NONMILITARY AFFIDAVIT

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority on this day personally appeared the undersigned affiant, who being by me duly sworn, on oath stated:

"I am attorney of record for Plaintiff in the above-entitled and numbered cause. Defendant Jose L. Atkinson was not in military service when this suit was filed, has not been in military service of the United States of America.

This determination is based on an investigation of records available to me, and the fact that all mail from this office to the defendant has been sent to and received at a civilian address."

By: _____
M. H. Cersonsky, TBA #04048500, SDT# 5082
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel. No.: (713) 840-1492
Fax No.: (713) 840-0038
**Attorney for the United States of America**

SUBSCRIBED AND SWORN TO before me on December 12, 2000, to which witness by hand and seal of office.

_____
Notary Public, State of Texas



S.K. DAVIS
Notary Public, State of Texas
My Commission Expires
OCTOBER 18, 2003.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | C.A. No.: B-00-164 |
| § | (Claim No. C100-04011) |
| JOSE L. ATKINSON, § | |
| § | |
| Defendant. § | |

**AFFIDAVIT OF M. H. CERSONSKY**
**IN SUPPORT OF ATTORNEY'S FEES**

BEFORE ME, the undersigned Notary Public, on this day personally appeared M. H. Cersonsky, who, being by me duly sworn on his oath did depose and say:

1. My name is M. H. Cersonsky. I am over the age of eighteen (18) years. I have never been convicted of a crime. I am an attorney duly licensed to practice law in the State of Texas. I office at 5065 Westheimer, Suite 600, Houston, Texas 77056. I have been practicing law for twenty (20) years and am familiar with the usual and customary fees charged by attorneys in this area.

2. I believe that $ 550.00 is a reasonable fee for the services performed in pursuing this case to date which included reviewing the file, consulting with representatives of the client when necessary, drafting the complaint, and drafting the default judgment motion and supporting affidavits.

3. I am the attorney of record for the United States of America in this cause. Further, I am duly licensed to practice law in the courts of the State of Texas as well as the Southern District of Texas and the Western District of Texas and am familiar with the fees customarily charged by practicing attorneys throughout the Southern District of Texas, including in the Brownsville, McAllen, Corpus Christi, Galveston, Victoria, Laredo and Houston divisions.

4. Based upon the fees customarily charged in the Brownsville Division of the Southern District of Texas for similar services based on the time, labor and difficulties, encountered and to be encountered in locating assets of the Defendant and executing upon same, and considering my own experience, reputation and abilities as a lawyer, it is my opinion that a reasonable attorney's fee for this case through default judgment would be $ 550.00, against Jose L. Atkinson;

Further that in the event of appeal, reasonable fees would be as follows:

$7,500.00 to the Fifth Circuit Court of Appeals.

_____
M. H. Cersonsky

SUBSCRIBED AND SWORN TO before me on December 12, 2000, to which witness my hand and seal of office.

_____
Notary Public in and for
The State of Texas

S K DAVIS
Notary Public State of Texas
My Commission Expires
OCTOBER 18, 2003.