United States District Court
Southern District of Texas
ENTERED

JAN 3 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-164 |
| | § | (Claim No. C100-04011) |
| JOSE L. ATKINSON | § | |
| | § | |

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

A.  The Magistrate Judge's Report and Recommendation is hereby ADOPTED;

B.  Plaintiff's Motion for Default Judgment (Pleading No. 7) is hereby GRANTED; and

C.  Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

| | | | |
|---|---|---|---:|
| 1. | Principal Balance | $ | 1,486.72 |
| 2. | Interest Accrued (As of 05/04/00) | $ | 866.79 |
| 3. | Administrative fees, costs, penalties | $ | 0.00 |
| 4. | Attorney's fees | $ | 550.00 |
| 5. | Interest Rate: | | 8.00% |
| 6. | Daily Accrual: | $ | 0.33 |
| 7. | TOTAL Balance Due | $ | 2,937.05 |
| 8. | Post-Judgment Interest equals 6.052 % per annum. | | |

DONE in Brownsville, Texas this 29th day of January, 2001.

Hilda Tagle
United States District Judge

3